ILND 450 (Rev. 10/13) Judgment in a Civil Action

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Roxanne Brewton,

Plaintiff,

v.

First Student, Inc.,

Defendant.

Case No.  20-cv-7017
Judge Manish Shah

### JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

     which ☐ includes     pre–judgment interest.
                  ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐     in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒     other: This case is dismissed with prejudice for want of prosecution. See Fed. R. Civ. P. 41(b).

This action was *(check one)*:

☐ tried by a jury with Judge Manish Shah presiding, and the jury has rendered a verdict.
☐ tried by Judge Manish Shah without a jury and the above decision was reached.
☒ decided by Judge Manish Shah.

Date:  4/20/2021

Thomas G. Bruton, Clerk of Court

/Susan McClintic , Deputy Clerk